1. Na'eem O Betz , ALL RIGHTS RESERVED - U.C.C.1-207.7,U.C.C.1-207.4,U.C.C.1-
2. 308,U.C.C.1-103.6,Natural Person IN FULL LIFE,SUI JURIS, IN PROPRIA PERSONA
3. 4244 HILDRETH ST.SE.
4. WASHINGTON, DC, [20019-9998]
5. 1-202-706-8063

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Na'eem O Betz , ALL RIGHTS RESERVED - U.C.C.1-207.7,U.C.C.1-207.4,U.C.C.1-308,U.C.C.1-103.6,Natural Person IN FULL LIFE,SUI JURIS, IN PROPRIA PERSONA PRO SE

    Plaintiff, Claimant

VS.

Jefferson Capital Systems, LLC - License #20422133
16 Mc Leland Road
St. Cloud, MN 56303-2198
DEBT COLLECTOR
Toll Free: (800) 281-2793
Direct: 1-320-229-8517
Fax: 1-320-229-8582

    Defendant, Respondent

**CIVIL ACTION No.**

Case: 1:14-cv-00254
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/24/2014
Description: Pro Se Gen. Civil

**COMPLAINT**

**JURY TRIAL DEMANDED**

**COMES NOW,** the Plaintiff Naeem O Betz complaining of the Defendant and each of them as follows;

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) Title15 U.S.C. §1681 *et seq*.

### JURISDICTION AND VENUE

2. The U.S. District Court for District of Columbia has jurisdiction pursuant to 15 U.S.C. §1681p *et seq*.

RECEIVED
DEC - 9 2013
Clerk, U.S. District and
Bankruptcy Courts

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. §1681p *et seq*.

4. Plaintiff, sui juris, natural person, is a "consumer"/ as defined in 15 U.S.C.§1692a(3). applicable laws.

## PARTIES

5. Plaintiff Na'eem O Betz ("Plaintiff" or "Betz") is a natural person residing in the City of Washington, District of Columbia – Federal District, Capital of the United States and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant JEFFERSON CAPITAL SYSYTEMS, LLC., Inc. ("Defendant "or JEFFERSON CAPITAL SYSYTEMS, LLC.), is a debt collection agency that operates as a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) from an address of Jefferson Capital Systems, LLC - License #20422133
16 Mc Leland Road
St. Cloud, MN 56303-2198

## FACTUAL ALLEGATIONS

1. On November 11, 2012, Defendant initiated and reported a fraudulent collection trade line on Plaintiff's Naeem O Betz credit report file from EQUIFAX, EXPERIAN,TRANSUNION without permissible purpose, verification and validation of an alleged debt. (*see*, attached "Exhibit A") (*see*, attached "Exhibit B").Within the months of and July, August Plaintiff Naeem O Betz obtained his consumer credit report from the three (3) major reporting credit bureaus Equifax, Experian, and Transunion. Plaintiff Naeem O Betz discovered defendant JEFFERSON CAPITAL SYSYTEMS, LLC., DEBT COLLECTOR is reporting this alleged debt to all three credit reporting agencies. Plaintiff Naeem O Betz with in the months of July and August immediately filed disputes with the credit agencies pursuant to 15 USC§1681, of the FRCA. Within the end of August (30 days later) the three major credit reporting agencies after conducting an first level investigation with the (Defendant JEFFERSON CAPITAL SYSYTEMS, LLC.,DEBT COLLECTOR) the alleged debt was claimed to be valid due to the identity theft that the (Defendant JEFFERSON CAPITAL SYSYTEMS, LLC.,DEBT COLLECTOR) willfully participated in and was allegedly owed by Plaintiff Naeem O Betz without lawful and legal verification or validation. Plaintiff Naeem O Betz has suffered significant economic harm as a result of the erroneous credit reporting and failure to verify and or validate their alleged debt although requested.

2

## COUNT I FIRST CAUSE OF ACTION

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C. §1681**

**WILLFUL NON-COMPLIANCE BY DEFENDANT JEFFERSON CAPITAL SYSYTEMS, LLC., DEBT COLLECTOR**

2. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C. §1681a(c).

3. JEFFERSON CAPITAL SYSYTEMS, LLC., DEBT COLLECTOR, is a furnisher of information within the meaning of the FCRA, Title15 U.S.C. §1681s-2.

4. JEFFERSON CAPITAL SYSYTEMS, LLC., DEBT COLLECTOR, willfully violated the FCRA.

5. Defendant's Violations include, but are not limited to, the following:

6. JEFFERSON CAPITAL SYSYTEMS, LLC., DEBT COLLECTOR willfully violated Title15 U.S.C.§1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

7. JEFFERSON CAPITAL SYSYTEMS, LLC.,DEBT COLLECTOR are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title15 U.S.C. §1681n

## COUNT II SECOND CAUSE OF ACTION

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C. §1681**

**NEGLIGENT NON-COMPLIANCE BY DEFENDANT JEFFERSON CAPITAL SYSYTEMS, LLC., DEBT COLLECTOR**

8. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C. §1681a(c).

9. JEFFERSON CAPITAL SYSYTEMS LLC., DEBT COLLECTOR, is a furnisher of information within the meaning of the FCRA, Title15 U.S.C.§1681s-2.

10. JEFFERSON CAPITAL SYSYTEMS LLC., DEBT COLLECTOR, negligently violated the FCRA.

Defendant's violations include, but are not limited to, the following:

11. JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR, negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

## COUNT III THIRD CAUSE OF ACTION
### INVASION OF PRIVACY

12. Defendant "JEFFERSON CAPITAL SYSYTEMS LLC., is a "Debt Collector" and a stranger to the Plaintiff. Plaintiff has no contractual relationship with defendant JEFFERSON CAPITAL SYSYTEMS LLC., and has never applied for credit or services with the defendant.

On or about November 11, 2012 defendant JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR illegally and unlawfully obtained Plaintiff consumer credit report(s) (*see*, "Exhibit A and B). Defendant JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR is **not a creditor**, therefore the illegal and unlawfully obtaining of Plaintiff consumer credit reports constitutes a Tort claim for Invasion of Privacy. Plaintiff Naeem O Betz right to privacy is also an enumerated Constitutional right, both in the State and Federal Constitution. Plaintiff has been damaged in that his proprietary, confidential, most personal information was illegally and unlawfully breached by defendant JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR. Importantly Plaintiff Naeem O Betz is concerned with the fact that he "never consented" to provid his social security number(s) to defendant JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR. Plaintiff Naeem O Betz support this assertion by the mere fact that no credit, application or services was applied nor received by the defendant JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR.

## REQUEST FOR RELIEF

**WHEREFORE DEMAND FOR REMEDY**, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of the fraudulently open trade line collection account of consumer credit reports. Plaintiff demands judgment for damages against JEFFERSON CAPITAL SYSYTEMS LLC.,DEBT COLLECTOR, in the amount $20,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C.§1681n (a) (3) and Title15 U.S.C. §1681o (a).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.
Respectfully submitted this 9th day of December, 2013

x [signature] [thumbprint]

Naeem O Betz, ALL RIGHTS RESERVED - U.C.C.1-207.7,U.C.C.1-207.4,U.C.C.1-308,U.C.C.1-103.6, Natural Person IN FULL LIFE,SUI JURIS, IN PROPRIA PERSONA
4244 HILDRETH ST.SE
WASHINGTON, DC, [20019-9998]