# EXHIBIT A





**Experian**
A world of insight

Prepared for: **NAEEM BETZ Sr**
Date: **July 28, 2013**
Report number:

- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

Date of inquiry: Jul 28, 2013, Apr 03, 2008, Aug 14, 2006

**No phone number available**
Date of inquiry: Feb 01, 2013

JEFFERSON CAPITAL SYSTEM   16 MCLELAND RD   SAINT CLOUD MN 56303
**No phone number available**
Date of inquiry: Jan 18, 2013

**No phone number available**
Date of inquiry: Nov 17, 2012

**No phone number available**
Date of inquiry: Nov 14, 2012; Oct 08, 2012, Sep 01, 2012; Apr 30, 2012, Dec 14, 2011

**No phone number available**
Date of inquiry: Nov 07, 2012

**No phone number available**
Date of inquiry: Oct 10, 2012

**No phone number available**
Date of inquiry: Sep 20, 2012

**No phone number available**
Date of inquiry: Sep 04, 2012

**Date**
Oct 8, 2012
**Reason**
Unspecified  This inquiry is scheduled to continue on record until Nov 2014.

**Date**
Jan 9, 2012
**Reason**
Unspecified. This inquiry is scheduled to continue on record until Feb 2014.

**No phone number available**
**Address identification number:**

**No phone number available**
**Address identification number:**

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;

0511880961



**Experian**
A world of insight

Prepared for: **NALEM BETZ Sr**
Date: **July 28, 2013**
Report number:

Page 4 of 18

## Your accounts that may be considered negative (continued)

**JEFFERSON CAPITAL SYSTEMS**
16 MCLELAND RD
SAINT CLOUD MN 56303
No phone number available
Partial account number
301111400.....
Address identification number
0427090569
Original creditor HERITAGE EDUCATION

| Date opened | Type | Credit limit or original amount | Responsibility |
|---|---|---|---|
| Nov 2012 | Debt Buyer | $4,176 | Individual |
| **First reported** | **Terms** | **High balance** | **Status** |
| Feb 2013 | 1 Months | Not reported | Collection account $4,176 past due as of Jul 2013 |
| **Date of status** | **Monthly payment** | **Recent balance** | This account is scheduled to continue on record until Nov 2016. |
| Mar 2013 | Not reported | $4,176 as of Jul 2013 | |

Payment history
2013
| JUL | JUN | MAY | APR | MAR | FEB |
|---|---|---|---|---|---|
| C | C | C | C | C | C |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND No Data

**AB** = Account balance ($)   **DPR** = Date payment received   **MAP** = Actual amount paid ($)   = Scheduled payment amount ($)

| | Jun13 | May13 | Apr13 | Mar13 | Feb13 |
|---|---|---|---|---|---|
| AB | 4,176 | 4,176 | 4,176 | 4,176 | 4,176 |
| DPR | ND | ND | ND | ND | ND |
| MAP | ND | ND | ND | ND | ND |

▲ The original amount of this account was $4,176

| Date opened | Type | Credit limit or original amount | Responsibility |
|---|---|---|---|
| Jun 2009 | | Not reported | Individual |
| **First reported** | **Terms** | **High balance** | **Status** |
| Apr 2010 | | Not reported | Paid, Closed |
| **Date of status** | **Monthly payment** | **Recent balance** | **Comment** |
| Feb 2013 | Not reported | Not reported | Your statement |

No phone number available
Partial account number
Address identification number

Payment history
2013   2012   2011   2010
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR
CLS

0511880961



**Experian**
A world of insight

Page 6 of 20

Prepared for: **NAEEM BETZ Sr**
Date: **August 08, 2013**
Report number:

Your accounts that may be considered negative (continued)

| | | | |
|---|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS**<br>16 MCLELAND RD<br>SAINT CLOUD MN 56303<br>**No phone number available**<br>**Partial account number**<br>301111400....<br>**Address identification number**<br>0427090569<br>**Original creditor** HERITAGE<br>EDUCATION | **Date opened**<br>Nov 2012<br>**First reported**<br>Mar 2013<br>**Date of status**<br>Mar 2013 | **Type**<br>Debt Buyer<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>Not reported<br>**High balance**<br>$4,176 | **Recent balance**<br>$4,176 as of Jul 2013<br>**Responsibility**<br>Individual<br>**Status**<br>Collection account. $4,176 past due as of Jul 2013. This account is scheduled to continue on record until Oct 2016.<br>**Comment**<br>Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Aug 2013. |

Payment history
2013
JUL JUN MAY APR MAR
 C   C   C   C   C

| | Jun13 | May13 | Apr13 | Mar13 | Feb13 |
|---|---|---|---|---|---|
| AB | 4,176 | 4,176 | 4,176 | 4,176 | 4,176 |
| DPR | ND | ND | ND | ND | ND |
| AAP | ND | ND | ND | ND | ND |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND  No Data.
**AB** = Account balance ($)   **DPR** = Date payment received   = Scheduled payment amount ($)   **AAP** Actual amount paid ($)

| | | | |
|---|---|---|---|
| ███████████<br>**No phone number available**<br>**Partial account number**<br>███████<br>**Address identification number**<br>███████ | **Date opened**<br>Jun 2009<br>**First reported**<br>Apr 2010<br>**Date of status**<br>Feb 2013 | **Type**<br>████<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>Not reported<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported<br>**Responsibility**<br>Individual<br>**Status**<br>Paid,Closed.<br>**Comment**<br>Your statement ████████ |

Payment history
2013     2012                                              2011                                              2010
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR
CLS

0511880961