**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NA'EEM O. BETZ, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 1:14-cv-00254 ESH |
| ) | |
| JEFFERSON CAPITAL SYSTEMS, LLC, ) | Hon. Ellen S. Huvelle |
| a Georgia limited liability company, ) | |
| ) | |
|    Defendant. ) | |

**MOTION FOR EXTENSION OF TIME FOR THE DEFENDANT TO FILE A**
**<u>RESPONSIVE PLEADING</u>**

COMES NOW the Defendant Jefferson Capital Systems, LLC ("Defendant"), by and through its counsel of record, Christopher L. Harlow, and submits the following Motion for Extension of Time to File Responsive Pleading:

1. Plaintiff Na'eem Betz ("Plaintiff") filed a complaint ("Complaint") [Docket No.1] on January 24, 2014.

2. On or about April 4, 2014, Defendant was served with summons and the Complaint. Accordingly, Defendant's responsive pleading to the Complaint is due on or about April 28, 2014.

3. Defendant is still gathering information needed in order to complete its reasonable investigation to properly respond to Plaintiff's Complaint. Accordingly, Defendant requests an additional thirty days to and including May 28, 2014, to file a responsive pleading to the Complaint.

4. Defendant has not requested any prior extensions of time concerning this matter.

5.     On April 23, 2014, counsel for Defendant placed a telephone call to Plaintiff to confer regarding the subject matter herein.  On April 25, 2014 counsel for Defendant received an e-mail from Plaintiff stating that Plaintiff would not agree to the relief sought herein. Accordingly, Defendant seeks the relief sought herein from the Court.

WHEREFORE, Defendant Jefferson Capital Systems, LLC respectfully requests that the Court enter an order (i) granting Defendant through and including May 28, 2014, to file a responsive pleading to the Complaint and (ii) for such other and further relief as the Court deem necessary and just.

Dated:  April 28, 2014           Respectfully submitted,

**JEFFERSON CAPITAL SYSTEMS, LLC**

McGUIREWOODS LLP

/s/ Christopher L. Harlow
Christopher L. Harlow
MCGUIREWOODS
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102-4215
(703) 712-5438
Attorney for Defendant

and

Paul J. Catanese
MCGUIREWOODS LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL  60601
312/750-3536 (Direct Line)
Attorneys for Defendant

## **LOCAL CIVIL RULE 7(m) CERTIFICATE**

Pursuant to Local Civil Rule 7(m), the undersigned certifies that on April 23, 2014, counsel for Defendant attempted to discuss the matter with the pro se Plaintiff via telephone in a good-faith effort to determine whether there is opposition to the relief sought, and Plaintiff responded that Plaintiff opposes the motion.

By:  /s/ Christopher L. Harlow
Christopher L. Harlow, DC Bar 982371
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102-4215
Telephone No.:  703 712-5438
Facsimile No.:  703-712-5260
CHarlow@mcguirewoods.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will then send a notification of such filing.

I further state under oath that I caused the **MOTION FOR EXTENSION OF TIME FOR THE DEFENDANT TO FILE A RESPONSIVE PLEADING**, to be served on the parties listed below by United States mail, postage prepaid, as a courtesy, on the following:

**NA'EEM O. BETZ**
4244 Hildreth Street, SE
Washington, DC 20019-9998

P.O. Box 15714
Washington, D.C.  20003-9998

                                              By: /s/ Christopher L. Harlow
                                                    Christopher L. Harlow, DC Bar 982371
                                                    MCGUIREWOODS LLP
                                                    1750 Tysons Boulevard, Suite 1800
                                                    Tysons Corner, VA 22102-4215
                                                    Telephone No.:  703 712-5438
                                                    Facsimile No.:  703-712-5260
                                                    CHarlow@mcguirewoods.com
                                                    *Attorney for Defendant*