IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

NA'EEM O. BETZ,

    Plaintiff

    -v-

JEFFERSON CAPITAL SYSTEMS, LLC,

a Georgia limited liability company,

    Defendant

_____/

Civil. Case No: 1:14-cv-00254 ESH

**PLANTIFF MOVES THE COURT FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE DEFENDANT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) (7) and General Order and Guideline 4, (Plaintiff Naeem O Betz) hereby moves and respectfully requests an extension of time to file a response to Defendant JEFFERSON CAPITAL SYSTEMS, LLC., a "DEBT COLLECTOR" as that term is defined by 15 U.S.C.§1692a(6) Motion to Dismiss. Plaintiff respectfully moves the court for a 30 day extension to file a response to the Defendants JEFFERSON CAPITAL SYSTEMS, LLC, is a Debt Collection agency that operates as a "Debt Collector" as that term is defined by 15 U.S.C. § 1692a(6). are attempting to mislead and misconstrue the real factual allegations and elements of this case. For the foregoing reasons, (Plaintiff Naeem O Betz), moves the court, respectfully requests an extension of time to file responses to the Defendants JEFFERSON CAPITAL SYSTEMS, LLC, is a Debt Collection agency that operates as a "Debt Collector" as that term is defined by 15 U.S.C. § 1692a(6). , (Plaintiff Naeem O Betz) moves the

RECEIVED
JUN 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

court for an extension by JULY 30, 2014. (Plaintiff Naeem O Betz) also is currently under medical care due to a recent accident…. Due to Privacy Laws and The Health Insurance Portability and Accountability Act of 1996 (HIPAA; Pub.L. 104–191, 110 Stat. 1936, enacted August 21, 1996) I cannot disclose this information….

8. Under Fed. R. Civ. P. 15, the court should "freely give leave when justice so requires."

Respectfully submitted this 30th day of June, 2014

x _____

Naeem O Betz , ALL RIGHTS RESERVED - U.C.C.1-207.7,U.C.C.1-207.4,U.C.C.1-308,U.C.C.1-103.6, Natural Person IN FULL LIFE,SUI JURIS, IN PROPRIA PERSONA|

4244 HILDRETH ST.SE

WASHINGTON, DC, [20019-9998]

1-202-706-8063